DUPLANTIS, CRAIG JOHN                                                                                            15-12689

| | | | |
|---|---|---|---|
| Michael Chiasson, Trustee<br>P.O. Box 1666<br>Mandeville LA 70470 | Case #: 15-12689<br>Case: DUPLANTIS, CRAIG JOHN  Debtor(s). | **TEXAS BANK** | 1401 McKinney St Suite 1000<br>Houston, TX - 77010 |

VOID AFTER 90 DAYS   DATE: 09/26/2016   CHECK NO: 3003

PAY:  NINE HUNDRED SIXTY-SIX AND 00/100                                $966.00

TO THE ORDER OF:
CLERK U. S. B. C.
ATTN: FINANCIAL ADMINISTRATOR
500 POYDRAS STREET, SUITE B - 601
NEW ORLEANS, LA 70130

*Michael Chiasson*
Trustee

CHECK TO DEBTOR DID NOT TIMELY CLEAR

⑆14325⑆  ⑆112330247⑆

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 235286   - 2K

September 29, 2016
     10:46:51

TREASURY REGFUND
     15-12689
Debtor.: CRAIG JOHN DUPLANTIS
Trustee: Michael Chiasson
Amount.:         $966.00 CH
Check#.: 3003




Total-> $966.00


FROM: CHIASSON
```

DEPOSIT TO TREASURY - 9/29/16
                        C.

9/29/16

Michael Chiasson, Appointed Trustee
United States Bankruptcy Court
Post Office Box 1666
Mandeville, La. 70470

(985) 674-9848

September 27, 2016

CLERK, U. S. BANKRUPTCY COURT
ATTN: FINANCIAL ADMINISTRATOR
500 POYDRAS STREET, SUITE B-601
NEW ORLEANS, LA. 70130

    Case Number:   15-12689
    Case Name:     DUPLANTIS, CRAIG JOHN

The enclosed $966.00 check concerns a check I previously issued to the debtor in this case. The check did not clear within 90 days.

Debtor:
DUPLANTIS, CRAIG JOHN

Last known address:
102 Secretariat Ct.
Bush, La. 70431

Sincerely:

Michael Chiasson